JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6842
FAX: (415) 436-7234
brian.stretch@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 00-40015-02- DLJ |
| Plaintiff, | ) ) | STIPULATION AND ORDER FOR SENTENCING MODIFICATION UNDER |
| v. | ) ) | 18 U.S.C. § 3582(c)(2) |
| DESEAN BROWN, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties acting through their respective counsel, that:

1. The Court has indicated that it will make its own motion for a modification of the defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

   Total Offense Level 29

   Criminal History Category II

   Sentencing range of 91 to 121 months' imprisonment

3. Defendant was sentenced on November 21, 2000 to 109 months imprisonment.

STIPULATION FOR SENTENCING
MODIFICATION UNDER 18 U.S.C. § 3582(c)(2)
CR 00-40015 DLJ

4. Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the *United States Sentencing Commission Guidelines Manual*

5. Defendant's revised guideline calculation is a follows:

    Total Offense Level 27

    Criminal History Category II

    Sentencing range of 78 to 97 months imprisonment

6. According to the modified pre-sentence report, defendant's conduct while imprisoned reveals that he did not work due to medical restrictions. He was not subject to any incident reports while in custody and he was not a management problem.

7. Based upon the foregoing, the parties hereby stipulate that a sentence of 87 months is appropriate in this matter.

8. Defendant's current projected release date is July 4, 2008.

9. The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

10. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472 F.3d 1167 (9th Cir. 2007).

11. Defendant waives his right to appeal the district court's sentence.

12. Accordingly, the parties agree and stipulate that an amended judgment may be entered by the Court in accordance with this stipulation pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the *United States Sentencing Commission Guidelines Manual*.

//

//

//

IT IS SO STIPULATED:

DATED: March 5, 2008    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/S/
_____
BRIAN J. STRETCH
Assistant United States Attorney

/S/
DATED: March 5, 2008    _____
MICHAEL THORMAN
Attorney for defendant Desean Brown

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that:

1. The Court is making its own motion for a modification of the defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2)

2. Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the *United States Sentencing Commission Guidelines Manual*;

3. Defendant waived his right to a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472 F.3d 1167 (9th Cir. 2007);

4. Defendant waived his right to appeal the district court's sentence.

5. Defendant's revised guideline calculation under USSG § 1B1.10(c), Amendment 706 of the *United States Sentencing Commission Guidelines Manual* is:

    Total Offense Level 27

    Criminal History Category II

    Sentencing range of 78 to 97 months imprisonment

6. The appropriate sentence in this matter is 87 months of imprisonment. All other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed

7. An amended judgment shall be entered by the Court in accordance with the parties stipulation pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the *United States Sentencing Commission Guidelines Manual*.

DATED: March 7, 2008

D. LOWELL JENSEN
United States District Court Judge