# UNITED STATES DISTRICT COURT
## Northern District of California

UNITED STATES OF AMERICA

    v.                                              Case Number CR 00-40015-02-DLJ

DESEAN DANYELL BROWN
    Defendant.

**AMENDED**
**JUDGMENT IN A CRIMINAL CASE**
**(For Offense(s) Committed On or After November 1, 1987)**

**Date of Original Judgment:** November 21, 2000

The defendant, DESEAN DANYELL BROWN, was represented by Michael Thorman.

On motion of the United States, the court has dismissed count(s) 1 of the Indictment.

The defendant pleaded guilty to count(s) 2 of the Indictment. Accordingly, the defendant is adjudged guilty of the following count(s), involving the indicated offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 21 USC 841(a)(1) | Possession of Cocaine and Cocaine Base with Intent to Distribute | 2 |

As pronounced on November 20, 2000, the defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $100.00, for count(s) 2, which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the **11th** day of **March**, **2008**.

                                                     D. Lowell Jensen
                                                     United States District Judge

Defendant: DESEAN DANYELL BROWN
Case Number: CR 00-40015-02-DLJ   AMENDED **

## IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **87 months**

The Court makes the following recommendations to the Bureau of Prisons: that the defendant participate in Bureau of Prisons Substance Abuse Program if appropriate; that the defendant be housed in a facility in California.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons on January 23, 2001.

**[X] IT IS HEREBY ORDERED that any bond in the above entitled case will be exonerated upon confirmation of the surrender of the defendant.**

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____
_____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

Defendant: DESEAN DANYELL BROWN
Case Number: CR 00-40015-02-DLJ   AMENDED

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 48 months.

While on Supervised Release you shall not commit another federal, state or local crime and shall not illegally possess a controlled substance. Revocation of supervised release is mandatory for possession of a controlled substance.

You shall pay the assessment imposed in accordance with 18 U.S.C. Section 3013, and shall immediately notify the probation officer of any change in your economic circumstances that might affect your ability to pay a special assessment, fine, restitution, or co-payments ordered by the Court.

If the judgment imposed a fine or a restitution obligation, it shall be a condition of supervision that you pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with any Schedule of Payments set forth in the Criminal Monetary Penalties sheet of the judgment. In any case, the defendant shall cooperate with the probation officer in meeting any financial obligations.

Revocation of supervised release in mandatory for refusal to comply with drug testing imposed as a condition of supervision. 18 U.S.C. Sections 3565(b)(3) and 3583 (g)(3)

**STANDARD CONDITIONS OF SUPERVISED RELEASE**

It is the order of the Court that you shall comply with the following standard conditions:

1) You shall not leave the judicial district or other specified geographical area without permission of the Court or the probation officer;
2) You shall report to the probation officer as directed by the Court or the probation officer, and shall submit a truthful and complete written report within the first five days of each month;
3) You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) You shall support your dependents and meet other family responsibilities, including but not limited to, compliance with the terms of any court order or administrative process pursuant to the laws of a state, the District of Columbia, or any other possession or territory of the United States, requiring payments by you for the support and maintenance of any child or of a child and the parent with whom the child is living;
5) You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) You shall notify the probation officer ten (10) days prior to any change in residence or employment;
7) You shall consume no alcohol if sentenced to the special condition that you are to participate in a drug/alcohol program;
8) You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician;
9) You shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
10) You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11) You shall permit a probation officer to visit you at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
12) You shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer;
13) You not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court;
14) You shall notify third parties of risks related to your criminal record, personal history, or characteristics, and shall permit the probation officer to make such notifications and/or confirm your compliance with this notification requirement;

Defendant: DESEAN DANYELL BROWN
Case Number: CR 00-40015-02-DLJ AMENDED

**SPECIAL CONDITIONS OF SUPERVISION**

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall participate in a drug/alcohol aftercare treatment program, which may include testing to determine whether s/he has reverted to the use of drugs or alcohol, as directed by the probation officer; if the probation officer deems such program is necessary. The defendant is to pay part or all of the cost of this treatment, at an amount not to exceed sixty dollars ($60.00) per session, as deemed appropriate by the probation officer. Payments shall never exceed the total cost of urinalysis and counseling. The actual co-payment schedule shall be determined by the probation officer.

1) The defendant shall submit his/her person, residence, office, vehicle, or any property under his/her control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation, the defendant shall warn any residents that the premises may be subject to searches.

1) The defendant shall not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons.